UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| TINA M. MORK, | Civil No. C08-1712-TSZ-MAT |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the agreed motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

• the Defendant shall have up to and including May 29, 2009, to file Defendant's response to Plaintiff's Opening Brief

• Plaintiff shall have to and including June 12, 2009, to file an optional Reply Brief.

**This is the second request for extension of the briefing schedule. The parties are advised that no further extensions will be granted absent extraordinary circumstances.**

DATED this 30th day of April, 2009.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1     ORDER - [C08-1712-TSZ-MAT]

Presented by:

s/ Thomas M. Elsberry
Thomas M. Elsberry   WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:      206-615-2531
thomas.elsberry@ssa.gov